BEFORE THE SECOND DIVISION, JUNE 16, 1943

**No. 48397.**—Protests 721731–G, etc., of Beacon Wiper Supply Co. et al. (Boston).

Opinion by KINCHELOE, J.   Following *United States* v. *Schapiro* (24 C. C. P. A. 343, T. D. 48771) and *J. Milton Hagy Waste Works* v. *United States* (2 Cust. Ct. 385, C. D. 162), and in accordance with stipulation of counsel that certain of the cotton rags are similar to those involved in the cited cases, the protests were sustained as to the percentage of rags which were the same as those held free as rags used chiefly for paper making in the *Schapiro* case, *supra*, and as set out in the decision herein.

BEFORE THE THIRD DIVISION, JUNE 16, 1943

**No. 48398.**—Petition 6360–R of Klingerit, Inc. (New York).

Opinion by CLINE, J.   At the hearing the secretary of the importing firm testified that prior to entry he requested information from the appraiser as to the value of the merchandise but that the appraiser could give him no information; that the invoice prices were the prices paid for the merchandise; that he consulted with his attorney and decided to make a test case, but that the judge presiding at the trial on reappraisement found the values as returned by the appraiser.   It was held that the petitioner acted without intention to misrepresent the facts or to defraud the revenue of the United States.   The petition was granted.